UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| SHED TREVEL WOODS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CAUSE NO. 3:13-CV-1228 WL |
| | ) | |
| SUPERINTENDENT, | ) | |
| | ) | |
| Respondent. | ) | |

OPINION AND ORDER

Shed Trevel Woods, a *pro se* prisoner, filed this habeas corpus petition challenging the prison disciplinary hearing (IYC 13-08-100) which was held on August 24, 2013. At that hearing the Disciplinary Hearing Body (DHB) found him guilty of Unauthorized Financial Transactions in violation of B-220. He was sanctioned with the loss of 90 days earned credit time and demoted from Credit Class Two to Credit Class Three. The Respondent has filed a motion to dismiss arguing that "[b]ecause the conviction and sanctions challenged in the Petition for Writ of Habeas Corpus in this case have been vacated, there is no longer a case or controversy for this Court to adjudicate regarding the original Petition, and the case is moot." DE 9 at 2. The Respondent has also filed a letter from the Legal Services Division of the Indiana Department of Correction stating that the sanctions have been vacated. DE 9-1. Woods has not responded and the time for doing so has now passed.

For the foregoing reasons, the motion to dismiss (DE 9) is **GRANTED**, and this case is **DISMISSED AS MOOT**.

SO ORDERED.

ENTERED: July 8, 2014             s/William C. Lee
                                  William C. Lee, Judge

United States District Court